NUMBER 13-04-248-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

FRED LOPEZ,                                                                   Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from County Court at Law No. 3
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         This cause is before the Court on the State’s motion for involuntary dismissal
of appeal pursuant to Tex. R. App. P. 42.4. The State’s motion is supported by an
affidavit of Nueces County Deputy Sheriff William A. Davis. In his affidavit Deputy
Sheriff Davis states that appellant failed to report to the Alternative Incarceration
Program as ordered and did not, within ten days of failing to report, voluntarily return
to lawful custody within the state. 
         Tex. R. App. P. 42.4 provides that an appellate court must dismiss an appeal on
the State’s motion, supported by affidavit, showing that the appellant has escaped
from custody pending the appeal and that to the affiant’s knowledge, the appellant has
not, within ten days after escaping, voluntarily returned to lawful custody within the
state.
         The Court, having considered the documents on file and the State’s motion to
dismiss the appeal, is of the opinion that the State’s motion to dismiss the appeal
should be granted. The State’s motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 7th day of October, 2004.